UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV INC.,

                Plaintiff,

**ORDER**

-against-

03 CV 2660 (RJD)(VVP)

ROBERT CONNOLLY, et al.,

                Defendants.
------------------------------------------------------------X

DEARIE, District Judge.

On May 12, 2004, the Court granted plaintiff's motion for default judgment against defendants Jessie Henriuquez and Clifford Henry. The Court referred the matter to Magistrate Judge Viktor V. Pohorelsky to report and recommend a damages award. The Report and Recommendation was issued on June 13, 2005. No objections were filed.

The Court adopts Magistrate Judge Pohorelsky's recommendation that statutory damages be awarded against each of the defendants Jessie Henriuquez and Clifford Henry separately in the amount of $2,000 and that attorneys' fees be awarded against each of them separately in the amount of $931.04, in all respects without qualification.

SO ORDERED.

Dated: Brooklyn, New York
      July 14, 2005

                                            RAYMOND J. DEARIE
                                            United States District Judge